UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 14-0149 (PLF) |
| ) | [UNDER SEAL] |
| EMAD O. HAJHASSAN, ) | |
| ) | |
| Defendant. ) | |

FILED
MAR 1 2 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MEMORANDUM OPINION AND ORDER

Defendant Emad O. Hajhassan pleaded guilty on August 21, 2014, to two counts of payment of a bribe to a public official. The United States Probation Office submitted a Presentence Investigation Report [Dkt. No. 18] on September 28, 2016. The parties then submitted several rounds of sentencing memoranda, including amended and supplemental sentencing memoranda and responses.

On August 31, 2017, Mr. Hajhassan filed a motion [Dkt. No. 46] to amend the presentence investigation report. At status conferences held on September 6, 2017, and September 14, 2017, the parties and the Court discussed the pending motion to amend and the need to schedule and coordinate medical evaluations, as well as possible avenues for proceeding to sentencing. The parties have since filed a joint motion [Dkt. No. 52] to schedule mental health evaluations, which the Court granted [Dkt. No. 53] on September 28, 2017, and, more recently, a joint status report [Dkt. No. 55] notifying the Court of the parties' progress and requesting that deadlines be set by which

Mr. Hajhassan would provide the government with additional medical records and the government would submit its final expert reports to the Court and to Mr. Hajhassan. The Court issued an order [Dkt. No. 54] on January 11, 2018, granting this request.

In accordance with the Court's orders, the government submitted four expert reports [Dkt. No. 59] to the Court on March 7, 2018. The defense submitted two expert reports [Dkt. No. 44] to the Court on August 28, 2017, as well as an amendment thereto [Dkt. No. 45] on August 29, 2017. Because no future dates or deadlines have been set in this case, the Court is now seeking the parties' input as to how they wish to proceed. Accordingly, it is hereby

ORDERED that the parties shall submit to the Court on or before March 26, 2018, a joint status report explaining the parties' positions on Mr. Hajhassan's pending motion [Dkt. No. 46] to amend the presentence investigation report and proposing a schedule for any further briefing on that motion and a schedule by which this case will proceed. The proposed schedules shall include: (1) due dates for any further briefing on the motion [Dkt. No. 46] to amend the presentence investigation report; (2) dates on which the parties are available for a pre-sentencing hearing at which the parties may submit evidence and expert testimony; (3) dates on which the parties are available for sentencing; (4) due dates, in advance of both hearings, for all proposed filings related to sentencing in this matter; and (5) any other hearing dates or filing deadlines the parties may request. The parties are advised that any proposed schedule should allow for approximately seventy days for the Probation Office to amend the presentence investigation report in the event the Court grants the motion to amend. Should the parties

require the Court's further input or assistance, they may file a motion requesting a status conference.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 3/12/18